No. 85–1113.  CARTER *v.* VIRGINIA.  Appeal from Sup. Ct. Va. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 85–5931.  DYSON *v.* TEXAS.  Appeal from C. A. 5th Cir. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 85–5947.  STEVENSON *v.* LEGAL AID SOCIETY OF HAWAII. Appeal from Int. Ct. App. Haw. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 85–6001.  DOOLEY *v.* BELCHER.  Appeal from Ct. App. Ohio, Montgomery County, dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 85–6002.  DOOLEY *v.* FEDERAL HOME LOAN MORTGAGE CORPORATION ET AL.  Appeal from Ct. App. Ohio, Montgomery County, dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 85–1050.  TRAHAN *v.* TRAHAN.  Appeal from Ct. App. Tex., 3d Sup. Jud. Dist., dismissed for want of substantial federal question.  JUSTICE WHITE would postpone further consideration of question of jurisdiction to a hearing of the case on the merits.

No. 85–5650.  TAYLOR *v.* ROBINSON, WARDEN.  Appeal from Sup. Ct. Conn. dismissed for want of substantial federal question. JUSTICE WHITE, JUSTICE POWELL, and JUSTICE O'CONNOR would note probable jurisdiction and set case for oral argument.

No. 85–182.  NORTHWEST CENTRAL PIPELINE CORP. ET AL. *v.* CORPORATION COMMISSION OF KANSAS ET AL.  Appeal from Sup. Ct. Kan.  Judgment vacated and case remanded for further consideration in light of *Transcontinental Gas Pipe Line Corp.* v. *State Oil and Gas Board,* 474 U. S. 409 (1986).